102 A.3d 419

**TRISTAN ASSOCIATES, Appellant**

v.

**COMMONWEALTH OF PENNSYLVANIA, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 10, 2014.

Decided Oct. 30, 2014.

Lloyd R. Persun, Esq., Persun & Heim, P.C., for Tristan Associates.

Kathleen Granahan Kane, Esq., Sean Andrew Kirkpatrick, Esq., Clifton G. Smith Jr., Esq., Carol L. Weitzel, Esq., PA Office of Attorney General, for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, STEVENS, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of October, 2014, the Order of the Commonwealth Court is AFFIRMED.

Former Justice McCAFFERY did not participate in the decision of this case.